UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :   Hon. Susan D. Wigenton
                                  Crim. No. 09-679
        v.                    :
                                  CONTINUANCE ORDER
Jose Victor Suarez Rubio,     :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Brooke E. Carey, Assistant U.S. Attorney), and defendant Jose Victor Suarez Rubio (by David A. Holman, AFPD) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

      2.    Defendant has consented to the aforementioned continuance; and

      3.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

      WHEREFORE, on this 30th day of November, 2009,

IT IS ORDERED that the period from November 23, 2009, through January 23, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

                                    HON. SUSAN D. WIGENTON
                                      United States District Judge

Assistant U.S. Attorney
Brooke E. Carey

David Holman, AFPD
Counsel for defendant Jose Victor Suarez Rubio